UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS

| | |
|---|---|
| Grigor Hristozov, et al<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Seafood Shanty Restaurant Management, Inc., et al<br><br>　　　　　Defendant. | CIVIL ACTION NO. 1:19-cv-11985-PBS |

**SETTLEMENT ORDER OF DISMISSAL**

SARIS, D.J

　　The Court having been advised on Septmeber 22, 2020, that the above action has been settled:

　　IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 30 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

9/22/2020　　　　　　　　　　　　　　　　　　By the Court,
Date

　　　　　　　　　　　　　　　　　　　　　　/s/ Casey Baker
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk